# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| MIKE KIRKPATRICK, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-14-0349-F |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the defendant Commissioner's final decision denying plaintiff's applications for disability insurance benefits under Title II of the Social Security Act (42 U.S.C. §§ 401-434) and for Supplemental Security Income under Title XVI of the Social Security Act (42 U.S.C. §§ 1381-1383f). The Report and Recommendation of Magistrate Judge Charles B. Goodwin, doc. no. 13, recommends affirming the decision of the Commissioner denying benefits. Plaintiff objects to the Report (doc. no. 14), and his objections are reviewed *de novo*. *See*, 28 U.S.C. § 636(b)(1) (court makes a *de novo* determination of those portions of the report to which objection is made). The defendant Commissioner filed a response to plaintiff's objections. Doc. no. 15.

Having carefully considered plaintiff's objections, the court finds that it agrees with the Magistrate Judge's analysis and conclusions, that no purpose would be served by setting out further analysis here, and that the Report should be adopted.

The Report and Recommendation of Magistrate Judge Goodwin is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of the Acting Commissioner of the Social Security Administration denying benefits is **AFFIRMED**.

Dated this 24th day of September, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0349p002.wpd